■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN NETHERCOTT, Appellant. [989 NYS2d 900]—Appeal by the defendant from an order of the Supreme Court, Westchester County (Molea, J.), dated June 7, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant challenges his designation as a level two sex offender pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C) following his conviction of possessing an obscene sexual performance by a child.

Contrary to the defendant's contention, the Supreme Court properly assessed 30 points under risk factor 3 (number of victims) and 20 points under risk factor 7 (relationship with victim) (*see People v Gillotti,* 23 NY3d 841 [2014]; *People v Johnson,* 11 NY3d 416 [2008]; *People v Brown,* 116 AD3d 1017 [2014]; *People v Poole,* 90 AD3d 1550 [2011]). Further, the Supreme Court properly concluded that the defendant failed to establish by a preponderance of the evidence that he was entitled to a downward departure from his presumptive risk level (*see People v Jackson,* 114 AD3d 739 [2014]; *People v Worrell,* 113 AD3d 742, 743 [2014]; *People v Romero,* 113 AD3d 605 [2014]; *People v Wyatt,* 89 AD3d 112, 128 [2011]). Dickerson, J.P., Leventhal, Cohen and Hinds-Radix, JJ., concur. ■